# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 1:20-mj-4-AJ
computer servers and records of Google, Inc. for )
information associated with the email address )
GONCALVESAJ8@gmail.com )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
computer servers and records of Google, Inc. for information associated with the email address GONCALVESAJ8@gmail.com. See Attachments A and B.

located in the _____Northern_____ District of _____California_____, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachments A and B (attached and incorporated herein).

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 1346 | Wire Fraud |
| 18 U.S.C. § 1956 and 1957 | Money Laundering |

The application is based on these facts:
Please see attached affidavit.

☒ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Sara Albert
*Applicant's signature*

SA Sara Albert, Department of Defense
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/06/2020

*Judge's signature*

City and state: Concord, New Hampshire        Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*